1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  LYNN HARADA [C.S.B.N. 267616]
   Special Assistant United States Attorney
7         Social Security Administration, Region IX
8         160 Spear St., Suite 800
9         San Francisco, CA  94105
          Telephone: 415-977-8977
10        Facsimile: 415-744-0134
11        e-mail: Lynn.Harada@ssa.gov
   Attorneys for Defendant
12

13              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
14                    EASTERN DIVISION

15  RENITA HARDWICK,              )  Case No. 5:19-cv-01722-E
                                  )  [PROPOSED] JUDGMENT OF
16        Plaintiff,              )  REMAND
17  vs.                          )
                                  )
18  ANDREW SAUL,                  )
19  Commissioner of Social Security, )
                                  )
20        Defendant.              )
                                  )
21  _____)

         The Court, having approved the parties' Stipulation to Voluntary Remand
22
    Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
23
    ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
24
    of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
25
    above-captioned action is remanded to the Commissioner of Social Security for further
26
    proceedings consistent with the Stipulation to Remand.
27
    DATED: _2/7/20_                      _____
28                                       HON. CHARLES F. EICK
                                         UNITED STATES MAGISTRATE JUDGE

-1-