NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8977
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENITA HARDWICK, | ) Case No. 5:19-CV-01722-E |
| | ) |
| Plaintiff, | ) [PROPOSED] **ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **EXPENSES, PURSUANT TO 28** |
| ANDREW SAUL, | ) **U.S.C. § 2412(d), AND COSTS** |
| Commissioner of Social Security, | ) **PURSUANT TO 28 U.S.C. § 1920** |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,650.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED:  6/15/20                           /S/ CHARLES F. EICK
                                          HONORABLE CHARLES F. EICK
                                          UNITED STATES MAGISTRATE JUDGE

1